UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ROSS R. KILLIAN,

    Petitioner,

vs.

ANTHONY HEDGPETH, Warden,

    Respondent.

No. C 12-0706 PJH (PR)

**ORDER EXTENDING TIME TO CORRECT IN FORMA PAUPERIS APPLICATION DEFICIENCY**

    This pro se habeas action was filed on February 13, 2012. On that same day the court notified plaintiff he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the completed application within thirty days the case would be dismissed.

    Plaintiff has returned the application, but has not submitted the final page of the application, signed the completed application, submitted the Certificate of Funds in Prisoner's Account, and supplied a copy of his trust account statement showing transactions for the last six months.

    The time for plaintiff to file a properly completed and signed application, with the certificate of funds and a copy of his trust account statement, is **EXTENDED** to thirty days from the date of this order is filed (the date stamped above).

**IT IS SO ORDERED.**

Dated: May 3, 2012.

                                 PHYLLIS J. HAMILTON
                                 United States District Judge

G:\PRO-SE\PJH\HC.12\KILLIAN0706.EOT.IFP.wpd