United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ROSS R. KILLIAN,

        Petitioner,

  vs.

ANTHONY HEDGPETH, Warden,

        Respondent.

No. C 12-0706 PJH (PR)

**ORDER EXTENDING TIME TO PAY FILING FEE OR FILE COMPLETE IN FORMA PAUPERIS APPLICATION**

        This is a habeas case filed pro se by a state prisoner. The clerk sent petitioner a notice that his in forma pauperis ("IFP") application was incomplete because he had not signed it; had not included the required signed certificate of funds in inmate account; and had not included a printout of transactions in his inmate account, as required by 28 U.S.C. § 1915(a)(2) and the instructions. He was ordered to correct these deficiencies within thirty days or the case would be dismissed. The court granted petitioner's subsequent motion for an extension of time to respond, extending the deadline to June 4, 2012.

        On May 23, 2012, petitioner filed an IFP application which was signed, but which again did not have the certificate of funds or the printout. He did attach a prison form showing that he had asked the trust department to provide those items. On June 5, 2012, the court received a letter from petitioner saying that he was still waiting to receive the IFP information, and asking if he could instead pay the five dollar filing fee in cash, which he stated he could afford to do.

        The clerk's deficiency letter and the court's order extending time both required petitioner to either (1) pay the five dollar filing fee; or (2) provide a complete IFP application. That is, the option to pay the fee has always been open to petitioner.

The time for petitioner to either pay the fee or file a complete and correct IFP application is **EXTENDED** to June 29, 2012.  No further extensions will be granted except in the most compelling circumstances.

**IT IS SO ORDERED.**

Dated:  June 20, 2012.

PHYLLIS J. HAMILTON
United States District Judge